# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>SEE ATTACHMENT "A" | ) ) ) ) ) ) Case No. 2:16mj91 BCW |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT "A"

located in the _____ District of _____UTAH_____, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. SEC 841 | DISTRIBUTION OF A CONTROLLED SUBSTANCE |
| 21 U.S.C. SEC 846 | CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE |
| 18 U.S.C. SEC 1956 | LAUNDERING OF MONETARY INSTRUMENTS |

The application is based on these facts:

SEE AFFIDAVIT ATTACHED HERETO, AND INCORPORATED BY REFERENCE HEREIN.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DARRELL DAIN, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/11/2016

City and state: SLC, UT

*Judge's signature*

Brooke C. Wells, US Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                    _____
                                                         *Executing officer's signature*

                                                        _____
                                                          *Printed name and title*

## ATTACHMENT A

## THE DEVICES TO BE SEARCHED

The property to be searched are WHITE HTC PHONE (N-34), WHITE HTC PHONE (N-35), GREY LG PHONE (N-37), GREY LG FLIP PHONE (N-38), BLUE CASE LG PHONE (N-39), CRICKET FLIP PHONE (N-40), GRAY SAMSUNG (N-43), and ANDROID SMARTPHONE IROCK 600 (N-44), hereinafter referred to as the "Devices." The Devices are currently located at 348 East South Temple, Salt Lake City, Utah as secured evidence.

This warrant authorizes the forensic examination of the "Devices" for the purpose of identifying the electronically stored information described in Attachment B. The "N-___" marker that follows each device is the non-drug exhibit number assigned to each device after the devices were seized by the DEA.

## ATTACHMENT B

## THE INFORMATION TO BE SEIZED

1. All records on the Devices described in Attachment A that relate to violations of Title 21 U.S.C. Sec. 841(a)(1), and Sec. 846, including:

   a. lists of contacts and related identifying information;

   b. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   c. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information

   d. all bank records, checks, credit card bills, account information, and other financial records, or other records indicating attribution;

   e. all recordings both audio and visual indicating possession, storage, or trafficking (to include exif data associated with visual recordings which can provide evidentiary dates and locations associated with the recordings);

   f. all communications to include but not limited to text or media messages, instant messaging, or messaging applications utilizing the Internet.

2. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records evidencing the use of the Internet including:

   a. records of Internet Protocol addresses used;

    b.  records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

4.    Any other fruits or instrumentalities of the crimes of Distribution and Conspiracy to Distribute Heroin and Methamphetamine, Firearms Trafficking, and Laundering of Monetary Instruments.

5.    As the indicated devices can contain removable storage mediums such flash memory or Subscriber Identity Modules, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data).